# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WEST,<br><br>    Plaintiff,<br><br> v.<br><br>WAL-MART STORES, INC.; and<br>DOES 1 through 20, inclusive,<br><br>    Defendant. | CASE NO.  5:18-cv-959-AG(SPx)<br><br>[Assigned for all purposes to the Hon.<br>Andrew J. Guilford]<br><br>**ORDER RE: JOINT STIPULATION**<br><br>**TO DISMISS LAWSUIT WITH**<br>**PREJUDICE**<br><br>Action Filed:  January 13, 2017<br>FAC Filed:   April 4, 2018<br>Date of Removal: May 4, 2018 |

# ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves the Joint Stipulation to Dismiss Lawsuit with Prejudice and enters the following order:

1.     The above-captioned matter is hereby dismissed as to all parties and all causes of action with prejudice.

2.     Each party shall bear his/her/its own attorneys' fees and costs.


IT IS SO ORDERED.


DATED: January 15, 2019

_____
United States District Court Judge

WSACTIVELLP:10311571.1

ORDER RE: JOINT STIPULATION TO DISMISS
LAWSUIT WITH PREJUDICE
5:18-CV-959-AG(SPX)